```
                    UNITED STATES DISTRICT COURT

                     MIDDLE DISTRICT OF LOUISIANA
```

TEKINA JAMES

VERSUS

CONNECTICUT GENERAL LIFE
INSURANCE COMPANY, ET AL

CIVIL ACTION

NUMBER 07-799-FJP-CN

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the present suit shall be dismissed, with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 14, 2010.

                            FRANK J. POLOZOLA
                            MIDDLE DISTRICT OF LOUISIANA

Doc#46862